PEOPLE v. DUNCAN

Appeal from Wayne, Benjamin D. Burdick, J. Submitted Division 1 April 20, 1971, at Detroit. (Docket No. 10436.) Decided May 27, 1971. Leave to appeal denied August 12, 1971. 385 Mich 778.

Willie Duncan was convicted under the habitual criminal act. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Charles Rubinoff,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and O'HARA,* JJ.

PER CURIAM. Defendant was charged under the habitual criminal act with having been convicted of four felonies. MCLA § 769.12 (Stat Ann 1954 Rev § 28.1084). He was convicted as charged by a jury and sentenced to life imprisonment. On appeal he alleges that the evidence does not sustain the verdict

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

of the jury beyond a reasonable doubt.   The people have filed a motion to affirm.

The reviewing court will not substitute its judgment for that of the jury which heard the witnesses and observed their demeanor.   *People* v. *Eagger* (1966), 4 Mich App 449; *People* v. *Arither Thomas* (1967), 7 Mich App 103; *People* v. *Panknin* (1966), 4 Mich App 19.   The jury had sufficient credible evidence before it to warrant a finding of guilty as charged beyond a reasonable doubt.   It is manifest that the question presented herein is unsubstantial and, therefore, requires no argument or formal submission.

The motion to affirm is granted.